**FILED**
**SEP 1 1 2009**
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | | |
|---|---|---|
| HOWARD JOHNSON INTERNATIONAL, INC., a Delaware corporation, | ) ) ) ) | CIV. 07-1024-RHB |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | JUDGMENT |
| INN DEVELOPMENT, INC., a South Dakota Corporation; ROBERT W. ORR, an individual, and RENEE LOGAN, an individual, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Based upon the Court's Order Granting Summary Judgment dated December 22, 2008, and the Court's Order Adopting the Magistrate Judge's Report and Recommendation dated September 11, 2009, judgment shall be entered in favor of plaintiff and against defendants in the amount of $105,925.58 which includes damages, prejudgment interest, attorneys' fees, and costs.

Dated this 11 day of September, 2009.

BY THE COURT:

_____
RICHARD H. BATTEY
UNITED STATES DISTRICT JUDGE